6/3/2022 10:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65097174
By: Patricia Jones
Filed: 6/3/2022 10:00 AM

## CAUSE NO. _____

| | | |
|---|---|---|
| THOMAS BRAHIN | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SEADRILL AMERICAS, INC. and | § | |
| SEADRDILL GULF OPERATIONS | § | |
| NEPTUNE, LLC | § | _____ JUDICIAL DISTRICT |
|     Defendants | § | |
| | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THOMAS BRAHIN, (the "Plaintiff") complaining of and against Defendants, SEADRILL AMERICAS, INC. and SEADRILL GULF OPERATIONS NEPTUNE, LLC, (hereinafter collectively "SEADRILL") and files *Plaintiff Original Petition*, and would respectfully show unto the Court the following:

## I.
## INTRODUCTORY ALLEGATIONS

### A.       PARTIES

1.    Plaintiff, Thomas Brahin is a natural person who is domiciled in Webb City, Missouri.

2.    Defendant, Seadrill Americas, Inc. is a corporation engaged in providing drilling services in the Gulf Coast region of the United States and many other regions. Seadrill's principal place of business is located at 11025 Equity Drive, Suite 150, Houston, Harris County, Texas 77041 where its high-level officers direct, control, and coordinate the company's business activities. They may be served with process by serving their registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

**EXHIBIT A-1**

3.     Defendant, Seadrill Gulf Operations Neptune, LLC is a corporation engaged in providing drilling services in the Gulf Coast region of the United States and many other regions. Seadrill's principal place of business is located at 11025 Equity Drive, Suite 150, Houston, Harris County, Texas 77041 where its high-level officers direct, control, and coordinate the company's business activities.   They may be served with process by serving their registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

**B.          VENUE AND JURISDICTION**

4.     Venue is proper in Harris County, Texas pursuant to Section 15.0181 (c) and (e) of the Texas Civil Practice & Remedies Code in that Seadrill's principal place of business is located in Harris County, Texas.

5.     Additionally, Plaintiff specifically invokes his rights under Texas Civil Practice & Remedies Code, Section 71.031, which is commonly known as the "open forum" provision, and chooses to maintain this action in the state district courts of Texas.

6.     It has become necessary to bring this suit by reason of serious and permanent injuries sustained by Plaintiff on or about February 6, 2021, while working as a member of the crew assigned to a drill ship known as the *West Neptune*.  This suit is, therefore, instituted under and controlled by the terms and provisions of Title 46, United States Code Annotated, Section 30104 and following, commonly referred to as the "Jones Act" and the general maritime law of the United States.  Accordingly, Plaintiff chooses this venue to pursue his claims under the "Saving to Suitors" clause, 28 U.S.C. § 1333(1).

7.     Plaintiff states that the exact amount of Plaintiff's damages is unknown, but are clearly within the jurisdictional limits of this Court.  Plaintiff seeks monetary damages in excess

of $1,000,000, excluding any punitive damages, interest, or costs.  Plaintiff reserves the right to decrease or increase this amount as further information becomes available.

8.      Plaintiff would also show that the Court has personal jurisdiction over Defendant. Defendant has had, and continues to have, continuous systematic contacts with the State of Texas through doing business in Texas.  The exercise of personal jurisdiction over Defendant comports with the "traditional notions of fair play and substantial justice."  Defendant's contacts with the State of Texas directly relate to this incident within the State of Texas, such that the exercise of jurisdiction over them comports with traditional notions of fair play and substantial justice.

9.      This Court has jurisdiction over this case in that the amount in controversy exceeds the minimum jurisdictional limits of this Court.

C.            DISCOVERY CONTROL PLAN

10.     Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure §190.4.

## II.
## FACTUAL ALLEGATIONS

11.     It has become necessary to bring this lawsuit by reason of serious and permanent injuries sustained by Plaintiff, Thomas Brahin on or about February 6, 2021.  At the time of the injuries made the basis of this suit, Defendant, Seadrill Americas employed Plaintiff.  Plaintiff was assigned as a member of the drill ship *WEST NEPTUNE*, when he was injured.  At pertinent times hereto, the WEST NEPTUNE was owned, operated, controlled, and/or managed by Defendant, Seadrill Americas and/or Seadrill Gulf Operations Neptune, LLC.

12.     On or about February 6, 2021, Plaintiff was working as a member of the crew of the drill ship *WEST NEPTUNE.* At that time, Plaintiff was instructed to handle an electrical cord and unplug it from a socket. When doing so, Plaintiff immediately felt an intense shock through

his left hand that radiated up the left arm into his chest, his lower back, and body generally. This caused Plaintiff severe and debilitating injuries.

13.     Due to the injuries sustained by Plaintiff, he underwent a posterior instrumentation and fusion with complete facetectomies from L4-S1 performed by Dr. Joseph Graham on June 2, 2021.

### III.
### CAUSES OF ACTION

#### A.  JONES ACT

14.     Plaintiff incorporates the above paragraphs as if more fully stated herein.

15.     At the time of the injuries made the basis of this suit, Defendant, Seadrill Americas employed Plaintiff.  Plaintiff was assigned as a member of the drill ship *WEST NEPTUNE*, when he was injured.  At pertinent times hereto, the *WEST NEPTUNE* was owned, operated, managed, and/or controlled by Defendant, Seadrill Americas.

16.     Thus, Plaintiff maintains this lawsuit against Defendant pursuant to the "Jones Act," 46 U.S.C. § 30104 and the general maritime law of the United States.

#### B.  NEGLIGENCE

17.     Plaintiff incorporates the above paragraphs as if more fully stated herein.

18.     Plaintiff would show that nothing he did or failed to do on the occasion in question caused or in any way contributed to cause his injuries.  To the contrary, the occurrence in which Plaintiff was injured and the injuries he sustained were legally caused by the negligence, as that term is understood in law, by the Defendant, their agents, servants, and employees, who were acting in the course and scope of their employment for the Defendant at all times material to this action.

19.     Specifically, on information and belief, Plaintiff alleges that the sole legal and/or proximate cause of his injuries was due to the negligence of Defendant in the following non-exclusive respects:

(a)     Failing to provide a reasonably safe place to work;

(b)     Failing to properly train and supervise Defendant's employees;

(c)     Failing to take any means or precautions for the safety of Defendant's employees, including Plaintiff;

(d)     Failing to provide and maintain minimum safety requirements;

(e)     Failing to provide adequate personnel and/or safety equipment for the job or tasks in question;

(f)     Failing to follow proper and safe procedures for *WEST NEPTUNE.*

20.     Such breaches caused Plaintiff's injuries and damages.  Defendant was negligent through the acts and omissions and by and through their agents, servants, and/or employees acting in the course and scope of their respective employment.

**C.  UNSEAWORTHINESS**

21.     Plaintiff incorporates the above paragraphs as if more fully stated herein.

22.     Plaintiff's injuries occurred while in the service of Defendant, Seadrill Americas' drill ship, the *WEST NEPTUNE.*  Seadrill owed to Plaintiff a duty to furnish him a safe place to work and a seaworthy drill ship, and as applied to Plaintiff, Seadrill failed in those respects.

23.     The unseaworthiness of the drill ship in question caused the injuries and damages sustained by Plaintiff.  These conditions were brought about and caused by Seadrill, their drill ship, and their employees.

24.     At all times material hereto, the *WEST NEPTUNE* was owned, chartered, managed, operated, and/or controlled by Seadrill.   Seadrill had the absolute nondelegable duty to provide Plaintiff with a seaworthy drill ship.

25.     The unseaworthiness of Defendant's shop, the *WEST NEPTUNE*, was a legal cause of injury and damages to Plaintiff by reasons, including but not limited to, the following:

(a)     The *WEST NEPTUNE* was unsafe and not reasonably fit for its intended purpose and/or the task being performed;

(b)     The *WEST NEPTUNE's* officers and crew were not properly trained, instructed, or supervised;

(c)     The *WEST NEPTUNE* did not have a fit crew at the time of incident in question and was untrained and unskilled;

(d)     The *WEST NEPTUNE* did not have adequate manpower for the task being performed;

(e)     The *WEST NEPTUNE* did not have safe equipment;

(f)     Other acts that may be deemed negligent and/or reckless.

**D.  MAINTENANCE AND CURE**

26.     By reasons of the employment relationship between Plaintiff, as a member of the crew of the drill ship and the Defendant's, Plaintiff is entitled to recover maintenance and cure for such time as he has been and will be either convalescing from his injuries under medical care or reaching his maximum improvement.   This suit is, therefore, also maintained for the recovery of maintenance and cure for which the Defendant is obligated to Plaintiff.

## IV.
## DAMAGES

27.     Plaintiff suffered severe bodily injuries as a result of the incident made the basis of this lawsuit.  Plaintiff, therefore, seeks recovery of the following damages:

(a)     Past and future physical pain;

(b)     Past and future mental anguish;

(c)     Past and future physical impairment;

(d)     Past and future physical disfigurement;

(e)     Past lost wages and household services;

(f)     Future loss of earning capacity and household services; and

(g)     Past and future medical expenses;

28.     Plaintiff further seeks recovery of costs of court and pre-judgment and post-judgment interest on the damages as allowed by law and prays that upon entry of judgment that such pre-judgment interest be computed on all allowable damages.

29.     On February 10, 2021, just days after the incident made the basis of suit, each of the defendants, and other affiliates of Seadrill Limited filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Defendants' bankruptcy filings were jointly administered under Case No. 21-30427, *In re Seadrill Limited et al.*  On October 26, 2021, an order confirming the Second Amended Joint Plan of Reorganization of Seadrill Limited and its debtor affiliates was entered in the Bankruptcy. On March 28, 2022, a Final Decree was entered in the Bankruptcy closing most of the Debtors' cases, including the cases filed by the Defendants. Due to the terms of the confirmed Plan, suit is being brought by Plaintiff against the Defendants solely to establish the defendants' liability to Plaintiff so that Plaintiff may

collect or settle any judgment obtained from the proceeds of the insurance policies maintained by the Defendants and in effect at the time of the incident giving rise to suit. Specifically, on information and belief, but without limitation, Defendants maintained and continue to maintain insurance coverage for the claims asserted by Plaintiff in this action, and for similar claims, through the Defendants' membership in the GARD AS protection and indemnity club. Plaintiff intends only to collect any judgment and/or settle his claims from the proceeds of any applicable Insurance and/or from any non-Debtor third party.

## VII.
## REQUEST FOR DISCLOSURE

30. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests that the Defendant disclose within the next 50 days from the date of service of the request, the information or material described in Rule 194.2(a)-(l).

## VIII.
## PRAYER

31. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer this lawsuit, that judgment be entered against Defendant, that Plaintiff recover his damages in accordance with the evidence, that Plaintiff recover his costs of court, that Plaintiff recover interest to which he is entitled under the law, and for all other just and equitable relief.

Respectfully submitted,

STEVENSON & MURRAY

*/s/ William Robert Hand*

JOHN W. STEVENSON, JR.
State Bar No. 19196050
WILLIAM ROBERT HAND
State Bar No.  24078622
24 Greenway Plaza, Suite 750
Houston,Texas77046
(713) 622-3223 - Telephone
(713) 622-3224  - Facsimile
jstevenson@stevensonmurray.com
rhand@stevensonmurray.com
*Attorneys for Plaintiff*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Laurie Nichols on behalf of William Hand
Bar No. 24078622
lnichols@stevensonmurray.com
Envelope ID: 65097174
Status as of 6/3/2022 10:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| John W.Stevenson | | jstevenson@stevensonmurray.com | 6/3/2022 10:00:02 AM | SENT |
| William RobertHand | | rhand@stevensonmurray.com | 6/3/2022 10:00:02 AM | SENT |
| Laurie Nichols | | lnichols@stevensonmurray.com | 6/3/2022 10:00:02 AM | SENT |

6/3/2022 10:00:02 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 65097174
By: JONES, PATRICIA D
Filed: 6/3/2022 10:00:02 AM

## Marilyn Burgess
### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

Name(s) of Documents to be served: **Plaintiff's Original Petition**

FILE DATE: __**06/03/2022**_____

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: **Seadrill Americas, Inc**.

Address of Service: **1999 Bryan Street, Suite 900**

City, State & Zip:  Dallas, Texas 75201-3136

Agent (if applicable) **C T Corporation System**

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

---

**X   Citation**   ☐ Citation by Posting   ☐ Citation by Publication   ☐ Citations Rule 106 Service

☐ Citation Scire Facias   Newspaper_____

☐ Temporary Restraining Order   ☐ Precept   ☐ Notice   ☐

Protective Order

☐ Secretary of State Citation ($12.00)   ☐ Capias (not by E-Issuance)   ☐ Attachment (not by E-Issuance)

☐ Certiorari   ☐ Highway Commission ($12.00)

☐ Commissioner of Insurance ($12.00)   ☐ Hague Convention ($16.00)   ☐ Garnishment

☐ Habeas Corpus (not by E-Issuance)   ☐ Injunction   ☐ Sequestration

☐ Subpoena

☐ Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

---

SERVICE BY *(check one)*:
☐ ATTORNEY PICK-UP (phone) _____   ☐ E-Issuance by District Clerk
☐ MAIL to attorney   at: _____   (No Service Copy Fees Charged)
☐ CONSTABLE   *Note*: The email registered with EfileTexas.gov must be
**X CERTIFIED MAIL by District Clerk**   used to retrieve the E-Issuance Service Documents
   Visit www.hcdistrictclerk.com for more instructions.

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____

☐ OTHER, *explain* _____

---

Issuance of Service Requested By: Attorney/Party Name: **William Robert Hand  Bar #:  24078622**

Mailing Address: **Stevenson & Murray, 24 Greenway Plaza, Suite 750, Houston, Texas 77046**

Phone Number: **713-622-3223**

**EXHIBIT A-2**

6/3/2022 10:00:02 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 65097174
By: JONES, PATRICIA D
Filed: 6/3/2022 10:00:02 AM

**Marilyn Burgess**

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: **Plaintiff's Original Petition**

FILE DATE: __**06/03/2022**_____

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: **Seadrill Gulf Operations Neptune, LLC**

Address of Service: **1999 Bryan Street, Suite 900**

City, State & Zip: **Dallas, Texas 75201-3136**

Agent (if applicable) **C T Corporation System**

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

---

**X  Citation**   ☐ Citation by Posting   ☐ Citation by Publication   ☐ Citations Rule 106 Service

☐ Citation Scire Facias   Newspaper_____

☐ Temporary Restraining Order   ☐ Precept   ☐ Notice   ☐
Protective Order

☐ Secretary of State Citation ($12.00)   ☐ Capias (not by E-Issuance)   ☐ Attachment (not by E-Issuance)

☐ Certiorari   ☐ Highway Commission ($12.00)

☐ Commissioner of Insurance ($12.00)   ☐ Hague Convention ($16.00)   ☐ Garnishment

☐ Habeas Corpus (not by E-Issuance)   ☐ Injunction   ☐ Sequestration

☐ Subpoena

☐ Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

---

SERVICE BY (check one):
☐ ATTORNEY PICK-UP (phone) _____   ☐ E-Issuance by District Clerk
☐ MAIL to attorney   at: _____   (No Service Copy Fees Charged)
☐ CONSTABLE   *Note: The email registered with EfileTexas.gov must be*
**X CERTIFIED MAIL by District Clerk**   *used to retrieve the E-Issuance Service Documents*
*Visit www.hcdistrictclerk.com for more instructions.*

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____

☐ OTHER, *explain* _____

---

Issuance of Service Requested By: Attorney/Party Name: **William Robert Hand  Bar #:  24078622**

Mailing Address: **Stevenson & Murray, 24 Greenway Plaza, Suite 750, Houston, Texas 77046**

Phone Number: **713-622-3223**

**EXHIBIT A-3**

*P2*

# 7019 2970 0001 3562 0631

CAUSE NO.  202233124

RECEIPT NO.  923639          75.00    CTM
          *********       TR # 74015982

PLAINTIFF: BRAHIN, THOMAS                   In The   281st
          vs.                       Judicial District Court
DEFENDANT: SEADRILL AMERICAS INC       of Harris County, Texas
                                  281ST DISTRICT COURT
                                  Houston, TX

## CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: SEADRILL AMERICAS INC (A CORPORATION) MAY BE SERVED WITH PROCESS BY
    SERVING THEIR REGISTERED AGENT
    CT COPRORATION SYSTEM

    1999  BRYAN STREET SUITE 900 , DALLAS TX  75201 - 3136

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>3rd day of June, 2022</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
    This citation was issued on 14th day of June, 2022, under my hand and
seal of said Court.

<u>Issued at request of</u>:
HAND, WILLIAM ROBERT
24 GREENWAY PLAZA, SUITE 750
HOUSTON, TX  77046
Tel: (713) 622-3223
<u>Bar No.</u>: 24078622

*MarilynBurgess* (signature)

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JONES, PATRICIA DAVIS
K5H//12028404

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____    ADDRESS

                            Service was executed in accordance with Rule 106
                            (2) TRCP, upon the Defendant as evidenced by the
                            return receipt incorporated herein and attached
                            hereto at  ⁄
(a) ADDRESSEE

                            on _____ day of _____, _____
                            by U.S. Postal delivery to _____

                            _____
                            This citation was not executed for the following
                            reason: _____
                            _____

                            MARILYN BURGESS, District Clerk
                            Harris County, TEXAS

                            By _____, Deputy

N...CITM.P

*74015982*

## EXHIBIT A-4

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

# 7019 2970 0001 3562 0631

CAUSE NO.   202233124

RECEIPT NO.   923639                              75.00       CTM
                    **********                    TR # 74015982

| | |
|---|---|
| PLAINTIFF: BRAHIN, THOMAS | In The   281st |
| vs. | Judicial District Court |
| DEFENDANT: SEADRILL AMERICAS INC | of Harris County, Texas |
| | 281ST DISTRICT COURT |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: SEADRILL AMERICAS INC (A CORPORATION) MAY BE SERVED WITH PROCESS BY
    SERVING THEIR REGISTERED AGENT
    CT COPRORATION SYSTEM

    1999  BRYAN STREET SUITE 900   DALLAS  TX  75201 - 3136

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>3rd day of June, 2022</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
     This citation was issued on 14th day of June, 2022, under my hand and
seal of said Court.

<u>Issued at request of</u>:
HAND, WILLIAM ROBERT                    MARILYN BURGESS, District Clerk
24  GREENWAY PLAZA, SUITE 750           Harris County, Texas
HOUSTON, TX  77046                      201 Caroline, Houston, Texas 77002
Tel: (713) 622-3223                     (P.O. Box 4651, Houston, Texas 77210)
<u>Bar No.</u>: 24078622
                                        Generated By: JONES, PATRICIA DAVIS
                                        K5H//12028404

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          ADDRESS _____

_____          Service was executed in accordance with Rule 106
                                          (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                              return receipt incorporated herein and attached
                                          hereto at
_____
                                       on _____ day of _____, _____
                                       by U.S. Postal delivery to _____

                                       This citation was not executed for the following
                                       reason: _____
                                       _____

                                       MARILYN BURGESS, District Clerk
                                       Harris County, TEXAS

                                       By _____, Deputy

N.INT.CITM.P                    *74015982*

p2

# 7019 2970 0001 3562 0648

CAUSE NO.  202233124

RECEIPT NO.  923639                       75.00         CTM
********                          TR # 74015983

PLAINTIFF: BRAHIN, THOMAS                         In The   281st
        vs.                                       Judicial District Court
DEFENDANT: SEADRILL AMERICAS INC                  of Harris County, Texas
                                                  281ST DISTRICT COURT
                                                  Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: SEADRILL GULF OPERATIONS NEPTUNE LLC (A CORPORATION) MAY BE SERVED
    WITH PROCESS BY SERVING THEIR REGISTERED AGENT
    CT COPRORATION SYSTEM

    1999  BRYAN STREET SUITE 900   DALLAS TX  75201 - 3136

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>3rd day of June, 2022</u>, in the above cited cause number
and court.  The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
     This citation was issued on 14th day of June, 2022, under my hand and
seal of said Court.

Issued at request of:                             MARILYN BURGESS, District Clerk
HAND, WILLIAM ROBERT                              Harris County, Texas
24  GREENWAY PLAZA, SUITE 750                      201 Caroline, Houston, Texas 77002
HOUSTON, TX  77046                                (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 622-3223
Bar No.: 24078622
                                                  Generated By: JONES, PATRICIA DAVIS
                                                  K5H//12028404

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

                                                  ADDRESS

_____                     Service was executed in accordance with Rule 106
_____                     (2) TRCP, upon the Defendant as evidenced by the
                                                      return receipt incorporated herein and attached
(a)ADDRESSEE                                           hereto at

                                                  _____
_____                     on _____ day of _____, _____
                                                  by U.S. Postal delivery to _____

                                                  This citation was not executed for the following
                                                  reason: _____
                                                  _____

                                                  MARILYN BURGESS, District Clerk
                                                  Harris County, TEXAS

                                                  By _____, Deputy

NT.CITM.P

*74015983*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**EXHIBIT A-5**

# 7019 2970 0001 3562 0648

CAUSE NO.   202233124

RECEIPT NO.   923639                         75.00        CTM

\*\*\*\*\*\*\*\*\*\*                         TR # 74015983

| | |
|---|---|
| PLAINTIFF: BRAHIN, THOMAS<br>vs.<br>DEFENDANT: SEADRILL AMERICAS INC | In The    281st<br>Judicial District Court<br>of Harris County, Texas<br>281ST DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: SEADRILL GULF OPERATIONS NEPTUNE LLC (A CORPORATION) MAY BE SERVED
    WITH PROCESS BY SERVING THEIR REGISTERED AGENT
    CT COPRORATION SYSTEM

    1999  BRYAN STREET SUITE 900   DALLAS TX  75201 - 3136

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION


This instrument was filed on the 3rd day of June, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
     This citation was issued on 14th day of June, 2022, under my hand and
seal of said Court.


Issued at request of:                          MARILYN BURGESS, District Clerk
HAND, WILLIAM ROBERT                           Harris County, Texas
24  GREENWAY PLAZA, SUITE 750                   201 Caroline, Houston, Texas 77002
HOUSTON, TX  77046                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 622-3223
Bar No.: 24078622                              Generated By: JONES, PATRICIA DAVIS
                                               K5H//12028404

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

ADDRESS _____

_____         Service was executed in accordance with Rule 106
                                                  (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                          return receipt incorporated herein and attached
                                                     hereto at

_____         on _____ day of _____, _____
                                                  by U.S. Postal delivery to _____

                                                  _____

                                                  This citation was not executed for the following
                                                  reason: _____

                                                  _____

                                                  MARILYN BURGESS, District Clerk
                                                  Harris County, TEXAS

                                                  By _____, Deputy

N.INT.CITM.P                        *74015983*



06-16-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**EXHIBIT A-6**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ 3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
1.56

SEADRILL GULF OPERATIONS NEPTUNE, LLC
8.36   C/O: CT CORPORATION SYSTEM   JUN 16 2022
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136 Marilyn Burgess
CAUSE NO: 2022-33124 / 281st District Clerk

7019 2970 0001 3562 0648

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

06-16-22

HOUSTON, TX 77002   JUN 16 2022   SAN HOUSTON P

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

**EXHIBIT A-7**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEADRILL AMERICAS, INC.
C/O: CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136
CAUSE NO: 2022-33124 / 281ST

9590 9402 5223 9122 1076 75

2. Article Number *(Transfer from service label)*

7019 2970 0001 3562 0631

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   Kirk Atkins   C. Date of Delivery   JUN 21 2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
   ...r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT A-8**



USPS TRACKING#

9590 9402 5223 9122 1076 75

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

2022 JUL -6 PM 12: 22

MAIL PROCESSING ANNEX

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

**MARILYN BURGESS**
**HARRIS COUNTY DISTRICT CLERK**
**P. O. BOX 4651**
**HOUSTON, TX 77210-4651**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEADRILL GULF OPERATIONS NEPTUNE, LLC
C/O: CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136
CAUSE NO: 2022-33124 / 281ST

|||||||||||||||||||||||||||||||||||||||||||||||||||
9590 9402 5223 9122 1076 68

2. Article Number *(Transfer from service label)*

7019 2970 0001 3562 0648

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Kirk Atkins     JUN 21 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~ed Mail~~
☐ ~~ed Mail Restricted Delivery~~
    ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT A-9**



9590 9402 5223 9122 1076 68

**United States**
**Postal Service**

2022 JUL -6 PM 12: 22

HARRIS COUNTY
MAIL PROCESSING CENTER

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

**MARILYN BURGESS**
**HARRIS COUNTY DISTRICT CLERK**
**P. O. BOX 4651**
**HOUSTON, TX 77210-4651**